# Third District Court of Appeal

## State of Florida

Opinion filed February 11, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D12-2948; 3D12-2850
Lower Tribunal No. 06-5240

_____

**Benito Santiago,**

Appellant/Cross-Appellee,

vs.

**The State of Florida,**

Appellee/Cross-Appellant.

Appeals from the Circuit Court for Miami-Dade County, Ellen Venzer, Judge.

Carlos J. Martinez, Public Defender, and James Moody, Assistant Public Defender, for appellant/cross-appellee.

Pamela Jo Bondi, Attorney General, and Linda Katz, Assistant Attorney General, for appellee/cross-appellant.

Before SUAREZ, SALTER, and SCALES, JJ.

PER CURIAM.

Affirmed as to both the appeal and cross-appeal. Regarding the State's challenge to two consecutive sentences of thirty years (with a twenty-five year minimum mandatory term for each), see *Thomas v. State*, 135 So. 3d 590 (Fla. 1st DCA 2014) (affirming a juvenile offender's forty year sentence for first-degree murder imposed after remand following *Miller v. Alabama*, 132 S. Ct. 2455 (2012)). *But see Horsley v. State*, 121 So. 3d 1130, 1131 (Fla. 5th DCA 2013), *review granted*, Nos. SC13-1937, SC13-2000, 2013 WL 6224657 (Fla. Nov. 14, 2013) ("[T]he only sentence now available in Florida for a charge of capital murder committed by a juvenile is life with the possibility of parole after twenty-five years.").[1]

---

[1] *Horsley*, 2013 WL 6224657 (Oral argument held Nov. 6, 2014), is presently pending review before the Florida Supreme Court, and may provide further guidance regarding the sentencing options available after *Miller*, 132 S. Ct. 2455. In the interim, however, we affirm based on *Thomas*.